USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DUKE JOHN, Petitioner, | : | |
| -against- | : | 26-MC-573 |
| KENNETH GENALO; MARKWAYNE MULLIN; and TODD BLANCHE, Respondents. | : | ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must appear for a conference in connection with Petitioner's Emergency Motion for a Temporary Restraining Order, *see* Dkt. 1, on **Thursday, November 12, 2026, at 10:30 A.M.** in Courtroom **20C** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Respondents' response to Petitioner's Motion is due no later than **Thursday, November 12, 2026, at 10:00 A.M.**

IT IS FURTHER ORDERED that before the conference, Respondents must ascertain where Petitioner is currently located and whether he is scheduled for movement today.

IT IS FURTHER ORDERED that Petitioner must notify the Respondents of this Order and the Motion by **9:15 A.M. on Thursday, November 12, 2026**, and must provide the Undersigned, via email to CaproniNYSDchambers@nysd.uscourts.gov, proof of having done so.

**SO ORDERED.**

**Date: November 12, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**