USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUKE JOHN,

Petitioner,

-against-

KENNETH GENALO; MARKWAYNE MULLIN; and TODD BLANCHE,

Respondents.

26-MC-573

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 11, 2026, Petitioner moved for a Temporary Restraining Order enjoining Respondents from removing Petitioner from the United States until the U.S. Citizenship and Immigration Services has determined whether Petitioner's T visa application is prima facie approvable, *see* Dkt. 1 (the "Motion");

WHEREAS on November 12, 2026, the Parties appeared for a conference before this Court regarding Petitioner's Motion;

WHEREAS at the conference on November 12, 2026, counsel for Respondents represented to the Court that Petitioner is currently held at Winn Correctional Center in Winnfield, Louisiana;

WHEREAS at the conference on November 12, 2026, counsel for Respondents also represented to the Court that counsel had communicated with Mr. Jonathan Yi from the Office of the Principal Legal Advisor in Immigration and Customs Enforcement ("ICE"), and that in such communications, Mr. Yi represented that the earliest date that ICE's Enforcement and Removal Operations ("ERO") plans to remove Petitioner to Jamaica is Thursday, November 19, 2026, via the first available chartered flight; and

WHEREAS based on ICE's current plan for Petitioner's removal, the Government has effectively represented that Petitioner will not be deported from the United States to Jamaica, or any other country, before Thursday, November 19, 2026;

IT IS HEREBY ORDERED that counsel for Respondents must (1) immediately confirm ICE's plan for Petitioner's removal with Mr. Yi, ICE's ERO, or other appropriate representatives of ICE and (2) by **Thursday, November 12, 2026, at 5:00 P.M.**, notify the Court, via email to CaproniNYSDchambers@nysd.uscourts.gov and Petitioner's counsel, whether ICE's plan is subject to any changes.

IT IS FURTHER ORDERED that, unless otherwise ordered by the assigned judge, Respondents must file a response to Petitioner's Motion by **Friday, November 13, 2026, at 5:00 P.M.**

**SO ORDERED.**

**Date: November 12, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**